IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02468–EWN–PAC

In re:                                                                                    Case No. 02-25306 ABC

WILLIAM GORDON HOOVER, JR.,

    Debtor.

---

In re:                                                                                    Case No. 02-26321 ABC

THE WILL HOOVER COMPANY,

    Debtor.

---

JEANNE Y. JAGOW, Chapter 7 Trustee of the                    Adversary Proc. No. 04-1870 ABC
bankruptcy estate of William Gordon Hoover, Jr., and
DANIEL A. HEPNER, Chapter 7 trustee of the
bankruptcy estate of The Will Hoover Company,

    Plaintiffs,

v.

FLAMINGO SEISMIC SOLUTIONS, LLC;
BIRD VENTURES, LLC,
  a Colorado limited liability company; and
PRIVATE EQUITY CAPITAL PARTNERS LLC,
  a dissolved Colorado limited liability company,

    Defendants.

---

**ORDER DENYING MOTION TO WITHDRAW REFERENCE**

This matter is before the court on the Motion to Withdraw the Reference with Supporting Brief filed in the United States Bankruptcy Court on October 26, 2004. The sole ground for the motion is that Plaintiffs have demanded a trial by jury and that a jury trial must be conducted in the district court, not the bankruptcy court.

The motion is, at best, premature. It is apparent that discovery has not been completed, nor have any pretrial conferences been held. I do not set any civil action for trial until entry of a final pretrial order. *See* Fed. R. Civ. P. 16(d), (e), Fed. R. Bankr. P. 7016. If the case proceeds to the point where a final pretrial order has been entered by the bankruptcy judge, and if the matter is still postured as a jury trial, the motion may be renewed. Accordingly, it is

**ORDERED** as follows:

1.. The referenced motion is **DENIED**, without prejudice to renewal under the circumstances recited herein.

2.. The case shall remain in the United States Bankruptcy Court for all further proceedings except for the actual trial of the case. This includes all discovery and other pretrial matters, pretrial conferences and resulting orders, the setting of dates and deadlines for completion of discovery and the like, and the entry of any judgment, order, or decree which does not require a jury trial on the merits, provided, however, that the orders and judgments of the bankruptcy court shall remain reviewable by this court under 28 U.S.C. § 158(a).

3.. The clerk of this court shall close this court's file on the case.

Dated this 12th day of September, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge